# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **ETHAN RADVANSKY, on behalf of himself and others similarly situated** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **COMFORTWEAR COLLECTIONS INTERNATIONAL INC.** ) <br> ) <br> *Defendant* | Civil Action No. 1:25-cv-2810 |

## AFFIDAVIT OF NONSERVICE

I, Refugio Mora, state:

I am authorized to serve process in the state where the subject was served.

After careful inquiry and diligent attempts, I was unable to serve Comfortwear Collections International Inc. as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: June 14, 2025 11:47 am
Address: 5215 S Boyle Ave, Vernon, CA 90058
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=33.9954025683,-118.2132236878
Description of attempt: Per front desk employee, John Lee, the subject does not conduct business or receive mail at the location.

Serve Attempt #2
Date / Time: June 17, 2025 11:24 am
Address: 5215 S Boyle Ave, Vernon, CA 90058
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=33.9954833333,-118.2134333333
Description of attempt: Per receptionist, Jane Doe, who refused to provide a name the subject is unknown.

Serve Attempt #3

Date / Time: June 18, 2025 8:04 pm
Address: 5215 S Boyle Ave, Vernon, CA 90058
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=33.98875,-118.2127333333
Description of attempt: No one was available at the front desk; waited around a few minutes; unable to make contact.

Serve Attempt #4
Date / Time: June 19, 2025 7:50 pm
Address: 5215 S Boyle Ave, Vernon, CA 90058
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=33.9955177817,-118.2132249958
Description of attempt: No one was available at the front desk; waited around a few minutes; unable to make contact.

Serve Attempt #5
Date / Time: June 28, 2025 11:09 am
Address: 10501 Valley Boulevard, Suite 1818, El Monte, CA 91731
Photo: See Exhibit 5a below
Geolocation: https://google.com/maps?q=34.0767586045,-118.0441034866
Description of attempt: Per an employee, John Doe, who refused to provide a name the subject does not conduct business or receive mail at the location.

Serve Attempt #6
Date / Time: July 1, 2025 11:39 am
Address: 10501 Valley Boulevard, Suite 1818, El Monte, CA 91731
Photo: See Exhibit 6a below
Geolocation: https://google.com/maps?q=34.0767833333,-118.0440833333
Description of attempt: No answer at the door; no lights on inside; no noise inside; no movement inside; no visible delivery packages.

Serve Attempt #7
Date / Time: July 2, 2025 2:41 pm
Address: 10501 Valley Boulevard, Suite 1818, El Monte, CA 91731
Photo: See Exhibit 7a below
Geolocation: https://google.com/maps?q=34.0768166667,-118.0440666667
Description of attempt: No answer at the door; no lights on inside; no noise inside; no movement inside; no visible delivery packages.

Serve Attempt #8
Date / Time: July 3, 2025 12:27 pm
Address: 10501 Valley Boulevard, Suite 1818, El Monte, CA 91731
Photo: See Exhibit 8a below
Geolocation: https://google.com/maps?q=34.0768,-118.0440666667
Description of attempt: No answer at the door; no lights on inside; no noise inside; no movement inside; no visible delivery packages.

Total Cost: $275.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

   CA   on   7/8/2025   .

*/s/ Refugio Mora*

Signature
Refugio Mora
+1 (213) 309-0400



Exhibit 1a)



Exhibit 2a)



Exhibit 3a)



Exhibit 4a)



Exhibit 5a)



Exhibit 6a)



Exhibit 7a)



Exhibit 8a)