7/17/25, 8:45 AM	Paronich Law, P.C. Mail - Radvansky v. Comfortwear Collections International Inc.

Case 1:25-cv-02810-TWT    Document 6-2    Filed 07/17/25    Page 1 of 1



Anthony Paronich <anthony@paronichlaw.com>

## Radvansky v. Comfortwear Collections International Inc.
1 message

**Anthony Paronich** <anthony@paronichlaw.com>	Tue, Jun 17, 2025 at 9:37 AM
To: Admin@comfortorthowear.com, Support@comfortorthowear.com
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Hello:

As you are likely aware, our law firm represents the Plaintiff in this action. We are attaching a Waiver of Service under Fed. R. Civ. P. 4 to be signed and returned, which will allow your company 60 days from today to respond to the Complaint.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**2 attachments**

 **1. Complaint against Comfortwear.pdf**
876K

 **Waiver of Service (6.17.25).pdf**
1445K