UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>COMFORTWEAR COLLECTIONS INTERNATIONAL INC.<br><br>Defendant. | )<br>) Civil Action No.: 1:25-cv-02810<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE AND FOR AN EXTENSION OF TIME TO FILE A CLASS CERTIFICATION MOTION**

Before the Court is Plaintiff's Motion for Alternate Service and for an Extension of Time to File a Class Certification Motion (Doc. 6). Having reviewed the Motion, supporting exhibits, and the applicable law, the Court finds that good cause exists to grant the requested relief. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is authorized to effect service of the Summons and Complaint upon Defendant Comfortwear Collections International Inc. by the alternative means described in the Motion, including by e-mail and by certified mail to the Registered Agent listed with the California Secretary of State.

2. Plaintiff's deadline to file a Motion for Class Certification is extended until a date to be set forth in the Court's Scheduling Order following a Rule 26(f) conference and submission of a joint proposed schedule by the parties.

SO ORDERED, this 16th day of October, 2025.

_/s/ Thomas W. Thrash_
Hon. Thomas W. Thrash, Jr.
United States District Judge