# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*, | )<br>)Civil Action No.:  1:25-cv-02810<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| COMFORTWEAR COLLECTIONS INTERNATIONAL INC. | )<br>)<br>) |
| Defendant. | )<br>) |
| _____ | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.


Dated: November 16, 2025          PLAINTIFF,


*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com